UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GABRIELLA SOLANO,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>          Respondent. | CASE NO. CV 17-8686-AG (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

On November 26, 2017, Petitioner filed a Petition for Writ of Habeas Corpus, challenging her conviction in August 1999 for first degree murder with special circumstances and resultant sentence of life without the possibility of parole plus 25 years. (Petition at 1.) Petitioner contends that under *People v. Banks*, 61 Cal. 4th 788 (2015), there was insufficient evidence to support the special circumstances allegation. (Petition at 2; attached Petition for Writ of Habeas Corpus in the Supreme Court of California.) For the following reasons, Petitioner is ordered to show cause why her Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

became final on June 4, 2001--40 days after the California Court of Appeal affirmed her conviction.  *See Waldrip v. Hall*, 548 F.3d 729, 735 (9th Cir. 2008).  Therefore, the statute of limitations expired one year later, on June 4, 2002.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file this Petition until November 26, 2017, more than 15 years after the deadline.

IT IS THEREFORE ORDERED that, no later than **January 4, 2018,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations.  Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: December 5, 2017.

/s/ Patrick J. Walsh
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\SOLANO, M 8686\OSC dismiss pet.wpd

2